UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION – FLINT

**In re:**                                             **Case No. 20-30233-jda**
                                                                              **Chapter 7**

**GIZA, DONALD J.,**                     **Hon. Joel D. Applebaum**

                  **Debtor.**
_____/

**CERTIFICATE OF NO RESPONSE TO
TRUSTEE'S MOTION TO SELL REAL PROPERTY FREE AND CLEAR OF LIENS
PURSUANT TO 11 U.S.C. §363(f) AND TRANSFERRING LIENS TO PROCEEDS**

The Chapter 7 Trustee, by and through her counsel, Collene K. Corcoran, hereby certifies that she has received no response to the Motion to Sell Real Property located at 2566 Bullard Road, Hartland, Michigan 48353, free and clear of liens with all liens transferring to the proceeds of the sale pursuant to 11 U.S.C. §363(f) which was filed with the Court and served on interested parties pursuant to the Order Shortening Notice on October 26, 2020.

                                                                                    Respectfully submitted,

Dated: November 10, 2020

                                                                                 <u>/s/ Collene K. Corcoran</u>
                                                                                 Collene K. Corcoran (P41500)
                                                                                 Attorney for Chapter 7 Trustee
                                                                                 PO Box 535
                                                                                 Oxford, MI 48371
                                                                                 (248) 969-9300
                                                                                 trusteecorcoran@gmail.com

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION – FLINT

| | |
|---|---|
| In re: | Case No. 20-30233-jda |
| | Chapter 7 |
| GIZA, DONALD J., | Hon. Joel D. Applebaum |
| Debtor. | |
| _____/ | |

## PROOF OF SERVICE

I certify that on November 10, 2020, I electronically filed the **CERTIFICATE OF NO RESPONSE TO TRUSTEE'S MOTION TO SELL REAL PROPERTY FREE AND CLEAR OF LIENS AND TRANSFERRING LIENS TO PROCEEDS AND PROOF OF SERVICE** with the Clerk of the Court using the ECF system which will send notification of such filing to the following**:**

Office of the United States Trustee
paul.randel@usdoj.gov

Charles J. Schneider
notices@cschneiderlaw.com

/s/ Collene K. Corcoran
Collene K. Corcoran (P41500)
PO Box 535
Oxford, MI 48371
(248) 969-9300
trusteecorcoran@gmail.com