UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN RE:

    Donald J. Giza

                          Case No. 20-30233-JDA
                          Chapter 7
                          Hon. Joel D. Applebaum

                Debtor(s).
_____/

**PROOF OF SERVICE**

      Pat Schneider, certifies that she is employed by the Law Office of Charles J. Schneider, P.C., attorney for the Debtor, and says that on <u>November 10, 2020</u> she served a true copy of ORDER GRANTING TRUSTEE'S MOTION TO SELL REAL PROPERTY FREE AND CLEAR OF LIENS PURSUANT TO 11 USC 363(f) AND TRANSFERRING LIENS TO PROCEEDS upon:

Donald J. Giza
P.O. Box 617
Kensington, MD 20895-0617

Collene K. Corcoran
PO Box 535
Oxford MI 48371

Electronically pursuant to the court notice of service and to those not electronically registered by placing documents in an envelope, correctly addressed and placing same in the U.S. Mail with postage prepaid.

                                               /s/ Pat Schneider
                                               Pat Schneider
                                               LAW OFFICE OF CHARLES J. SCHNEIDER, P.C.
                                               39319 Plymouth Rd., Ste. 1
                                               Livonia, Michigan 48150
                                               (734) 591-4890
                                               notices@cschneiderlaw.com

\\2016-dc\Data\LNTPA Files\Case\POS\Giza Donald Order Te Sell Property.WPD